**STATE of Missouri, Respondent,**

v.

**Arthur L. HOPKINS, Appellant.**

**WD 77956**

Missouri Court of Appeals,
Western District.

FILED: October 18, 2016

Application for Transfer to Supreme
Court Denied November 22,
2016

Chris Koster, Attorney General, Rachel Flaster, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

Natalie T. Hull, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division Four: Alok Ahuja, P.J., Mark D. Pfeiffer, C.J., and Karen King Mitchell, J.

### ORDER

PER CURIAM:

Following a jury trial in the Circuit Court of Clay County, Appellant Arthur Hopkins was convicted of burglary in the first degree in connection with a 2006 home invasion. The State alleged that Hopkins aided and encouraged the two individuals who actually perpetrated the burglary. Hopkins appeals. He argues that the evidence was insufficient to prove beyond a reasonable doubt that he was criminally responsible as an accomplice, and that the circuit court erred in admitting into evidence statements made by one of

his alleged co-conspirators. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).[1]

See also 2016 WL 6210827.

1. Judge Anthony Rex Gabbert of this Court was assigned by the Chief Justice to serve as the trial judge in this case. Judge Gabbert has taken no part in the consideration or decision of this appeal.